

January 17, 2025

Hon. Judge James R. Cho
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  **ABRAMSON v. TRAVERS TOOL CO., INC.**
     **DOCKET NO. 1:24-cv-7547**

Dear Judge Cho:

    The undersigned represents Paul Abramson, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                                           Respectfully,

                                                           Gabriel A. Levy